and the return of the prisoner to the Great Meadow Prison thereon, his imprisonment was under the first conviction and, upon the completion of that term, he again began service on a second sentence. It is true the term of the first sentence has expired; it has been served. The imprisonment under the second conviction was suspended on the day the prison authorities returned respondent to Great Meadow Prison and did not again become effective until the first term had been served. His time is not to be counted as served on each commitment, but the law will determine upon which commitment the service applies. In *People ex rel. Kohler* v. *Kidney* (223 N. Y. 666) the paroled prisoner was not retaken on parole until after the expiration of the first sentence and after two subsequent sentences had been served. That case only holds that the time of the sentence having elapsed, the defendant could not be again returned to prison. Here the first sentence has been fully served and there is no attempt here to retain the respondent on account of it. The fact that the parole was canceled compelled him to serve the remaining part of the first term, and the term under the second conviction has not been fully served. I favor a reversal of the order and a dismissal of the writ.

---

LUTHER J. BUNKER, Claimant, Appellant, v. STATE OF NEW YORK, Appellant. (Claim No. 15,366.) — Judgment unanimously affirmed, without costs.

NELLIE M. CARPENTER, as Administratrix, etc., of GEORGE E. CARPENTER, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

THE DELAWARE AND HUDSON COMPANY, Claimant, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 13,969.) — Judgment affirmed, with costs. All concur, except Woodward, J., dissenting.

THE DELAWARE AND HUDSON COMPANY, Claimant, Appellant. v. THE STATE OF NEW YORK, Respondent. (Claim No. 13,970.) — Judgment affirmed, with costs. All concur, except Woodward, J., dissenting.

EDWARD LEWIS, Appellant, v. GEORGE SMITH and Others, as Trustees, ARTHUR CHASE, as Clerk, and JOHN CAMPBELL, as Collector, of Common School District No. 11 of the Town of Rotterdam, New York, Respondents. — Judgment and orders unanimously affirmed, with costs, on the opinion of Whitmyer, J., at Special Term. [Reported in 109 Misc. Rep. 694.]

In the Matter of the Judicial Settlement of the Accounts of ANTHONY B. MUNROE, Administrator, with the Will Annexed, etc., of CHRISTINA COWARDEN, Deceased.— Motion denied. Decree unanimously affirmed, with costs, on the opinion of Surrogate Senn. [Reported in 107 Misc. Rep. 408.]

MARGARET H. FORD, as Administratrix, etc., of TRUMAN C. FORD, Deceased, Respondent, v. WILLIAM G. McADOO, Director General of Railroads, Appellant.— Judgment and order affirmed, with costs. All concur, except Lyon and H. T. Kellogg, JJ., dissenting.

JOHN LITTLE, Appellant, v. MINOT CREHORE, Respondent. (No. 1.) — Order unanimously affirmed, with ten dollars costs and disbursements,